# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3893
syothers@jonesday.com

October 7, 2021

VIA CM/ECF

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

    Re:    *Rothschild Broadcast Distribution Systems, LLC v. Nikon Americas Inc.*, 1:21-cv-04906 (E.D.N.Y.)
           <u>Defendant Nikon Americas Inc.'s Unopposed Request For Extension Of Time</u>

Dear Judge Brown:

    Defendant Nikon Americas Inc. ("NAI") writes to request an extension of time to answer, move, or otherwise respond to the Complaint, until and including November 11, 2021.

    The original deadline for NAI to respond to the Complaint is October 11, 2021. NAI is requesting the additional time to further evaluate the allegations in the Complaint.

    There have been no prior requests by NAI for extension, and this request does not affect any other scheduled dates. Plaintiff does not object to this request.

                                             Respectfully submitted,

                                             */s/ Stuart W. Yothers*

                                             Stuart W. Yothers

cc:    All counsel of record (via ECF)

NAI-1522128391v1